Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of Maryland   ▾

Greenbelt Division

| | | |
|---|---|---|
| LINDA RAJNAUTH-SURALIE<br>9039 SLIGO CREEK PARKWAY, #504<br>SILVER SPRING, MARYLAND 20901 | ) ) ) ) | Case No.   PWG 20 CV 3175<br><br>*(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)* | ) ) ) ) ) ) | Jury Trial: *(check one)*  ✔Yes ☐No |
| **-v-** | ) ) ) | |
| DR. STEVEN L. RATTNER, DDS, PA AND<br>ASSOCIATES<br>6100 WESTCHESTER PARK DRIVE, #C4<br>COLLEGE PARK, MARYLAND  20740 | ) ) ) ) ) | FILED<br>LOGGED ___ ENTERED<br>RECEIVED<br><br>OCT 3 0 2020 |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued.  If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | ) ) ) | AT GREENBELT<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>NIGHT DEPOSIT BOX |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Linda Rajnauth-Suralie |
| Street Address | 9039 Sligo Creek Parkway, #504 |
| City and County | Silver Spring (Montgomery) |
| State and Zip Code | Maryland 20901 |
| Telephone Number | 267-977-3644 |
| E-mail Address | lrsuralie57@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Dr. Steven L. Rattner, DDS, PA and Associates |
| Job or Title *(if known)* | Owner |
| Street Address | 6100 Westchester Park Drive, #C4 |
| City and County | College Park (Prince George's) |
| State and Zip Code | Maryland  20740 |
| Telephone Number | (301) 474-8277 |
| E-mail Address *(if known)* | appt@drrattner.com |

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Dr. Steven L. Rattner, DDS, PA & Associates |
| Street Address | 6100 Westchester Park Drive, #C4 |
| City and County | College Park (Prince George's) |
| State and Zip Code | Maryland  20740 |
| Telephone Number | (301) 474-8277 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

National Origin Discrimination; and Discrimination Based Upon Color.

☑ Relevant state law *(specify, if known)*:

The Maryland Human Relations Act (Maryland HRA).

☑ Relevant city or county law *(specify, if known)*:

Prince George's County Code, Subtitle 2 Section 2-186.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*:    National Origin, Color, and Age Discrimination.

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Plaintiff discovered on 4/15/2020 that she was illegally "misclassified" as an independent contractor.

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race

☑    color

☐    gender/sex

☐    religion

☑    national origin

☑    age *(year of birth)*    1957    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See attached, Equal Employment Opportunity Commission Charge dated, August 6, 2020.

See also attached, Suralie Declaration, Exhibit 1, Linda Rajnauth-Suralie's Additional Facts and Circumstances of her Discrimination Complaint.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
August 6, 2020

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    08/14/2020    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.) An award of damages in an amount to be determined at trial, plus pre-judgment interest, to compensate Plaintiff for all monetary and/or economic damages;
2.) An award of damages in an amount to be determined at trial, plus prejudgment interest, to compensate Plaintiff for all non-monetary and/or compensatory damages, including, but not limited to, compensation for her severe mental anguish and emotional distress, and emotional pain and suffering and any other mental injury;
3.) An award of damages for any and all other monetary and/or non-monetary losses sufferred by the Plaintiff;
4.) An award of costs that the Plaintiff has incurred in this action, as well as Plaintiff's reasonable attorney fees to the fullest estent permitted by law; and
5.) Such other and further relief as the Court may deem just and proper.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          10/24/2020

Signature of Plaintiff          𝗑 _[signature]_

Printed Name of Plaintiff        Linda Rajnauth-Suralie

### B.    For Attorneys

Date of signing:

Signature of Attorney          N/A

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address